# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0952

VERSUS

ANTHONY J. BAIN                                    **JANUARY 13, 2025**

---

In Re:    Anthony J. Bain, applying for supervisory writs, 20th
          Judicial District Court, Parish of West Feliciana, No.
          23-WFLN-414.

---

**BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.**

   **WRIT DENIED.**

                              CHH
                              BDE


     **Theriot, J.,** dissents and would not consider the untimely
writ.  <u>See</u> Uniform Rules of Louisiana Courts of Appeal, Rule 4-3.


COURT OF APPEAL, FIRST CIRCUIT

_(signature)_

   DEPUTY CLERK OF COURT
        FOR THE COURT